UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.W.M.,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>LAURA HERMOSILLO et al.,<br><br>　　　　　　　Respondents. | CASE NO. 2:25-cv-02688-DGE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES (DKT. NO. 7) |

　　　The docket in this case has become convoluted and confusing.  Petitioner filed a petition on December 23, 2025.  (Dkt. No. 1.)  The Court then issued a scheduling order requiring Respondent to file a return by January 12, 2026 and Petitioner to file their traverse by January 20, 2026.  (Dkt. No. 3.)  Petitioner then filed an amended petition on December 28, 2025.  (Dkt. No. 4.)  On January 12, 2026, the day Respondents' return was due, the Parties filed a stipulated motion to extend the return filing date to January 19, 2026 and identified that Petitioner would file a second amended petition, which in fact was then filed.  (Dkt. Nos. 7, 8.)  Despite the stipulated motion, the Respondents proceeded to file a return on January 12, 2026, but do not

identify if the return relates to the amended petition or the new second amended petition. (Dkt. No. 10.) Thus, it is unclear whether Respondents will file a new return on January 19, 2026 and whether the Court should disregard the return filed on January 12, 2026.

The Parties are admonished not to wait until the date a filing is due to file a stipulation to attempt to extend the filing deadline. The Parties are further admonished to communicate and coordinate better with each other to ensure there is no confusion as to what the Parties agreed to and what the Court should be considering.

Despite the poor communication and coordination, the Court GRANTS the stipulated motion (Dkt. No. 7) and hereby ORDERS **Respondents to file (or supplement) their return no later than January 19, 2026**. Thereafter, Petitioner **shall file their traverse on January 20, 2026**. In the return (or supplement) filed on January 19, 2026, Respondents shall identify all documents the Court should consider in evaluating the second amended petition, i.e., whether the Court should consider Dkt. Nos. 10 through 12.

The Clerk is directed to calendar January 20, 2026 as the new noting date.

Dated this 13th day of January, 2026.

David G. Estudillo
United States District Judge